IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY SMITH AND JENNIFER SMITH,** <br>         **Plaintiffs,** <br><br> v. <br><br> **STATE FARM FIRE AND CASUALTY COMPANY,** <br>         **Defendant.** | CIVIL ACTION <br><br><br> NO.  15-670 |

## ORDER

**AND NOW**, this 24th day of November, 2015, upon consideration of Defendant State Farm Fire and Casualty Company's Motion for Summary Judgment [ECF No. 20], the Plaintiffs Gregory Smith and Jennifer Smith's Response in Opposition thereto [ECF No. 23], and the Defendant's Reply [ECF No. 24], **IT IS ORDERED** that:

(1) The Motion for Summary Judgment is **GRANTED**;

(2) **JUDGMENT IS ENTERED IN FAVOR** of Defendant State Farm Fire and Casualty Company, and **AGAINST** Plaintiffs, Gregory Smith and Jennifer Smith; and

(3) The Clerk of Court is directed to close this case.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____

**WENDY BEETLESTONE, J.**